UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, NY 10007-1213



| | |
|---|---|
| In re L.G. PHILIPS LCD CO., LTD. SECURITIES LITIGATION | **NOTICE OF APPEAL** |
| This Document Relates To: ALL ACTIONS. | Civil Action No. 1:07-cv-00909-RJS |

Notice is hereby given that Objector, Orloff Fam Tr UAD 12/13/01 Marshall J Orloff & Ann S. Orloff TTEES hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment and Order of Dismissal (Doc. 83), Order Awarding Co-Lead Counsel Attorneys' Fees and Expenses (Doc. 82) and Order Approving Plan of Allocation of Settlement Proceeds (Doc. 81) entered in this action on the 17th day of March, 2011.

Respectfully submitted,

Dated: April 15, 2011        By: _____
Forrest S. Turkish
Forrest S. Turkish
Law Offices of Forrest S. Turkish
595 Broadway
Bayonne, NJ 07002
Phone: 201-339-8866
Fax: 201-339-8456
Email: fsturkish@aol.com

Attorney for Objector Orloff

# CERTIFICATION OF SERVICE

I hereby certify that on April 15, 2011, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of New York by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users service will be accomplished by the USDC CM/ECF system, to wit:

David Avi Rosenfeld drosenfeld@rgrdlaw.com, e_file_ny@rgrdlaw.com

Joon Hyun Kim jkim@cgsh.com, USANYS.ECF@USDOJ.GOV, ccastedo@cgsh.com, ejdavis@cgsh.com, klynch@cgsh.com, lberger@cgsh.com, maofiling@cgsh.com

Sean M. Handler ecf_filings@btkmc.com

Darren J. Robbins e_file_sd@lerachlaw.com

Samuel Howard Rudman srudman@rgrdlaw.com, e_file_ny@rgrdlaw.com

Gregory M. Castaldo gcastaldo@btkmc.com

Christopher L. Nelson cnelson@btkmc.com, dpotts@btkmc.com, lpderson@btkmc.com

Michael K. Yarnoff myarnoff@btkmc.com, dmaytorena@btkmc.com, dpotts@btkmc.com, mswift@btkmc.com

Ellen Anne Gusikoff Stewart elleng@rgrdlaw.com

Jennifer L Enck jenck@btkmc.com

Michelle M. Newcomer mnewcomer@btkmc.com

Evan J. Smith esmith@brodsky-smith.com

_____
Forrest S. Turkish, Attorney for Objector

## CERTIFICATE OF MAILING

I certify that on April 15, 2011, I mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Alfred G. Yates, Jr
429 Forbes Avenue
Pittsburgh, PA 15219

William S. Lerach
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Maria V. Carapia